UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ALLEN WILLIAMS,**

    **Plaintiff,**                  Case No. 02-CV-70439-DT

v.                             HONORABLE DENISE PAGE HOOD

**WMC MORTGAGE CORP. et. al.,**

    **Defendants.**
_____/

## JUDGMENT

In accordance with the Order entered this date and the Court having entered an order granting Defendant Litton Loan's Motion for Summary Judgment and dismissing the case;

Accordingly, judgment is entered in favor of Defendant Litton Loan and against Plaintiff.

                                                DAVID J. WEAVER
                                                CLERK OF COURT

Approved:                           By: s/ Wm. F. LEWIS
                                                Deputy Clerk

/s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

DATED: September 29, 2006

Detroit, Michigan